UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JOHN EDWARD JACKSON,

                                    Plaintiff

        v.

CLARK COUNTY, *et al.*,

                                    Defendants

Case No. 2:21-cv-02023-RFB-VCF

ORDER

## I.      DISCUSSION

This action is a *pro se* civil rights action filed pursuant to 42 U.S.C. § 1983 by an individual who was formerly in custody at the Clark County Detention Center. Plaintiff previously submitted an application to proceed *in forma pauperis* for prisoners. (ECF No. 1.) He subsequently filed a notice of change of address indicating that he is no longer incarcerated. (ECF No. 10.) The Court now directs Plaintiff to file an application to proceed *in forma pauperis* by a non-prisoner within thirty (30) days from the date of this order or pay the full filing fee of $402. This action will not proceed unless and until this matter is resolved.

## II.     CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff's application to proceed *in forma pauperis* for prisoners (ECF No. 1) is DENIED as moot.

IT IS FURTHER ORDERED that the Clerk of the Court SHALL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that within thirty (30) days from the date of this order, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $402.

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED _____ 4-5-2022