UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN EDWARD JACKSON,<br><br>　　　　　　　　　　Plaintiff<br><br>　　v.<br><br>CLARK COUNTY, *et al.*,<br><br>　　　　　　　　　　Defendants | Case No. 2:21-cv-02023-RFB-VCF<br><br>ORDER |

**I.　DISCUSSION**

On May 13, 2022, the Court dismissed this *pro se* civil rights action without prejudice based on Plaintiff's failure to file a non-prisoner application to proceed *in forma pauperis* or pay the full $402 filing fee. (ECF No. 12). Judgment was entered, and the case was closed. (ECF No. 13).

On November 10, 2022, Plaintiff submitted a Motion for Filed Copies of Motions and Exhibits, requesting that the Court send him copies of all "filed motions and exhibits/evidence for this case." (ECF No. 18). The Court denies this Motion. To the extent that Plaintiff is seeking copies of documents filed in this case, the Court notes that there is a per page charge for copy work. Copies produced from an electronic format (CM/ECF) are $0.10 per page; copies produced from a physical format are $0.50 per page. An inmate has no constitutional right to free photocopying. *Johnson v. Moore*, 948 F.2d 517, 521 (9th Cir. 1991). The Court cannot provide free copies even to indigent plaintiffs, because the *in forma pauperis* statute does not authorize the Court to pay the costs for an indigent litigant's copy requests. 28 U.S.C. § 1915.

On December 7, 2022, Plaintiff submitted a Motion for a List of Filed Documents, requesting that the Court send him a list of all "filed titles and document numbers" for this action. (ECF No. 19). The Court grants this Motion, which it construes as a request for a copy of the docket sheet. The Court will direct the Clerk of the Court to mail to Plaintiff without charge a copy of the docket sheet for this case.

## II.  CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff's Motion for Filed Copies of Motions and Exhibits (ECF No. 18) is denied. If Plaintiff seeks copies of documents filed in this action, he must submit a "Copy and Service Request" form to the Clerk of the Court and pay the appropriate fees. The Clerk of the Court will send Plaintiff a courtesy copy of the "Copy and Service Request" form.

IT IS FURTHER ORDERED that Plaintiff's Motion for a List of Filed Documents (ECF No. 19) is granted. The Clerk of the Court is directed to send Plaintiff a courtesy copy of the docket sheet for this case.

IT IS FURTHER ORDERED that no other documents may be filed in this closed case. If Plaintiff wishes to pursue his claims, he must file a complaint in a new case.

DATED THIS 9th day of December 2022.

_____
UNITED STATES MAGISTRATE JUDGE